

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On January 28, 2022, we struck appellant's original brief for failing to comply with requirements of the Texas Rules of Appellate Procedure and ordered appellant to file an amended brief that fully complied with the applicable rules. *See, e.g.*, TEX. R. APP. P. 9.4, 9.5, 38.1. On March 2, 2022, appellant filed an amended brief that did not comply with Rule 9.5(d) and (e) or with Rule 38.1(a), (g), and (i). We did not order appellant to file a second amended brief, but we noted that the submission panel may determine that appellant has waived one or more issues due to inadequate briefing if the noted deficiencies were not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.).

On March 8, 2022, appellant filed a second amended brief. The second amended brief contains a list of parties and counsel and a certificate of service and therefore complies with Rules 9.5(d) and (e) and 38.1(a). *See* TEX. R. APP. P. 9.5(d), (e); *id.* R 38.1(a). However, the second amended brief does not contain a statement of facts "supported by record references" or "a clear and concise argument for the contentions made, with appropriate citations to authorities and to the [appellate] record." *Id.* R. 38.1(g), (i).

Despite the amended brief's defects, we are not ordering appellant to file a third amended brief. However, the submission panel may determine that appellant has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to submission. *See Canton-Carter*, 271 S.W.3d at 931.

Appellee's brief is due on April 1, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court